# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| POSITIVE PUBLISHING,<br><br>        Plaintiff,<br>vs.<br><br>NEIMAN MARCUS GROUP, INC., NEIMAN MARCUS, INC., NEIMAN MARCUS HOLDINGS, INC., and DOES 1-20, Inclusive,<br><br>        Defendants. | Case No. C08-1514-jm<br><br>**ORDER GRANTING DEFENDANTS' *EX PARTE* APPLICATION TO ATTEND THE OCTOBER 8, 2008, EARLY NEUTRAL EVALUATION CONFERENCE BY TELEPHONE [DOC. NO. 6]** |

Upon review by this Court of the Defendants' *Ex Parte* Application to Attend the October 8, 2008, Early Neutral Evaluation Conference By Telephone, the Court hereby grants said request and shall allow the Defendants and their Counsel to appear by telephone.

The Court further grants Plaintiff's request to appear by telephone.

Counsel for Defendants shall make all necessary arrangements to allow all parties to appear by telephone.

Ordered this 29th day of September, 2008.

*Ruben Brooks*
Ruben B. Brooks
United States Magistrate Judge

---

1

ORDER CONCERNING DEFENDANTS' EX PARTE APPLICATION TO ATTEND THE OCTOBER 8, 2008,
NEUTRAL EVALUATION CONFERENCE