1
2
3
4
5
6
7
8           **UNITED STATES DISTRICT COURT**
9           **SOUTHERN DISTRICT OF CALIFORNIA**
10

| | |
|---|---|
| POSITIVE PUBLISHING, INC., a California Corporation,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>NEIMAN MARCUS GROUP, INC., a Delaware Corporation; NEIMAN MARCUS, INC., a Delaware Corporation; NEIMAN MARCUS HOLDINGS, INC., a California Corporation; and DOES 1-20, Inclusive,  )<br>)<br>Defendants.  )<br>)<br>AND RELATED COUNTERCLAIM  ) | CASE NO.  3:08-CV-01514-JM-RBB<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS ALL CLAIMS AND COUNTERCLAIMS WITH PREJUDICE** |

22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

**O R D E R**

Before the Court are Plaintiff and Counter-Defendant, Positive Publishing, Inc., and Defendants/Counterclaimants Neiman Marcus Group, Inc., Neiman Marcus, Inc., and Neiman Marcus Holdings, Inc.'s joint motion voluntarily dismissing with prejudice their claims and counter-claims against each other in the above-captioned case pursuant to Federal Rule of Civil Procedure 41(a)(2).

FOR GOOD CAUSE, pursuant to Federal Rule of Civil Procedure 41(a)(2), the Court GRANTS the joint motion and dismisses with prejudice Plaintiff and Counter-Defendant, Positive Publishing, Inc., and Defendants/Counterclaimants Neiman Marcus Group, Inc., Neiman Marcus, Inc., and Neiman Marcus Holdings, Inc.'s claims and counter-claims in the above-captioned case.

The Clerk of Court is directed to close this file.

**IT IS SO ORDERED.**

DATED:  May 5, 2009

_____

Hon. Jeffrey T. Miller

United States District Judge